412 A.2d 881

**COMMONWEALTH of Pennsylvania**

v.

**Daniel DELKER, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 1980.

Decided April 10, 1980.

John H. Corbett, Jr., David Metinko, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Charles W. Johns, Kathryn L. Simpson, Asst. Dist. Attys., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.

NIX, J., took no part in the consideration or decision of this case.